JS-5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIC JEROME PHILLIPS, JR.,

               Petitioner,

    v.

PATTON STATE HOSPITAL,

               Respondent.

Case No. 5:22-cv-00513-VAP-MAA

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: __3/22/23_____

*Virginia A. Phillips*

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE